UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'SHAWN DEAN,<br><br>    Petitioner,<br><br>    v.<br><br>J. ROBERTSON,<br><br>    Respondent. | No. 2:18-cv-01287-TLN-GGH<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 21.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 10, 2019, are adopted in full;

2. Petitioner's motion to stay (ECF No. 19) is granted and this action is administratively

1

stayed pursuant to *Kelly v. Small*, 315 F.3d 1063 (9th Cir. 2003); and

    3. Petitioner shall inform the Court within thirty days of exhausting his claims in state court.

Dated: August 1, 2019

_____
Troy L. Nunley
United States District Judge