UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| De'SHAWN DeKKERIO DEAN,<br><br>             Petitioner,<br><br>      v.<br><br>J. ROBERTSON,<br><br>             Respondent. | No. 2:18-cv-01287 TLN GGH P<br><br><br>ORDER |

Petitioner shall, within 30 days from the date of this order, file a statement notifying the court whether he has a matter pending before the California Supreme Court or whether the Supreme Court has considered a habeas petition and ruled on it. Petitioner is warned that failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 21, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1